PER CURIAM.

(No. 74-CC-383—Claimant )

SPRINGFIELD CATHOLIC CHARITIES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed April 17, 1974.*

357

WILLIAM P. SHEEHAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.